```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 10-10132-JJT
William R Brashers                                                  Chapter 13
Gloria C Brashers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4           User: PRatchfor            Page 1 of 1          Date Rcvd: Aug 12, 2016
                               Form ID: ntrevtfr          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +William R Brashers, Jr.,    632 Berkshire Dr.,    State College, PA 16803-3306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing, L.P. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Marisa Myers Cohen    on behalf of Defendant    Bank of America Home Loan Servicing, Inc.
               Mcohen@mwc-law.com
              Mark S Weaver    on behalf of Joint Debtor Gloria C Brashers weaver@mazzalaw.com,
               christine@mazzalaw.com;deanna@mazzalaw.com;kimberly@mazzalaw.com
              Mark S Weaver    on behalf of Debtor William R Brashers, Jr. weaver@mazzalaw.com,
               christine@mazzalaw.com;deanna@mazzalaw.com;kimberly@mazzalaw.com
              Raquel Anne Ross    on behalf of Plaintiff William R Brashers, Jr. raquelrosslaw@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William R Brashers Jr.
Gloria C Brashers

Debtor(s)

Chapter 13

Case No. 4:10−bk−10132−JJT

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification Regarding Domestic Support Obligations is filed. Only Certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be filed anew.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRatchford |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 12, 2016 |