United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William R Brashers  
Gloria C Brashers  
     Debtors

Case No. 10-10132-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: CBoyle    Page 1 of 1    Date Rcvd: Oct 11, 2016  
Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2016.  
db/jdb    +William R Brashers, Jr.,    Gloria C Brashers,    632 Berkshire Dr.,    State College, PA 16803-3306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2016 at the address(es) listed below:  
     Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com  
     Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
     Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
     Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com  
     Marisa Myers Cohen    on behalf of Defendant    Bank of America Home Loan Servicing, Inc. Mcohen@mwc-law.com  
     Mark S Weaver    on behalf of Debtor William R Brashers, Jr. weaver@mazzalaw.com, christine@mazzalaw.com;deanna@mazzalaw.com;kimberly@mazzalaw.com  
     Mark S Weaver    on behalf of Joint Debtor Gloria C Brashers weaver@mazzalaw.com, christine@mazzalaw.com;deanna@mazzalaw.com;kimberly@mazzalaw.com  
     Raquel Anne Ross    on behalf of Plaintiff William R Brashers, Jr. raquelrosslaw@gmail.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
          TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William R Brashers Jr.<br>632 Berkshire Dr.<br>State College, PA 16803 | Chapter 13<br>Case No. 4:10−bk−10132−JJT |
| Gloria C Brashers<br>632 Berkshire Dr.<br>State College, PA 16803 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9907
xxx−xx−5704

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  October 11, 2016                                    By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CBoyle, Deputy Clerk